In the matter of the petition to vacate the probate of the will of ANNA E. ROMAINE, deceased.

[Decided January 5th, 1934.]

*Messrs. McCarter & English,* for the appellant.

*Mr. Merritt Lane,* for the respondent.

PER CURIAM.

The orders appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fallon, and reported in *113 N. J. Eq. 477.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.